IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| MARTIN RAMIREZ | ) | CASE NO. 4-09-00419-EWH |
| JESSICA RAMIREZ | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 8 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $1,100.18 | $2.78 |
| 9 | T Mobile USA Inc Attn: Bankruptcy Dept. PO Box 53410 Bellevue, Wa 98015-3410 | $566.24 | $1.42 |
| 10 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $1,428.52 | $3.59 |
| 16 | Recovery Management Systems Corporation For GE Money Bank dba GAP 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $195.58 | $0.49 |
| 17 | West Verizon Wireless PO Box 3397 Bloomington, IL 61702 | $578.48 | $1.46 |

Dated: August 20, 2010

/s/ SJK
Stanley J. Kartchner, Trustee